■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PARE GRIFFIN, Appellant. [894 NYS2d 770]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Parker, J.), rendered September 6, 2007, convicting him of robbery in the first degree and burglary in the first degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt beyond a reasonable doubt is unpreserved for appellate review (see CPL 470.05 [2]; People v Hawkins, 11 NY3d 484, 492 [2008]; People v Wilson, 50 AD3d 711 [2008]; People v Leon, 19 AD3d 509 [2005], affd 7 NY3d 109 [2006]). In any event, viewing the evidence in the light most favorable to the prosecution (see People v Contes, 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (see CPL 470.15 [5]; People v Danielson, 9 NY3d 342, 348-349 [2007]), we nevertheless accord great deference to the trial court's opportunity to view the witnesses, hear the testimony, and observe demeanor (see People v Mateo, 2 NY3d 383, 410 [2004], cert denied 542 US 946 [2004]; People v Bleakley, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied the verdict of guilt was not against the weight of the evidence (see People v Romero, 7 NY3d 633 [2006]).

The defendant's remaining contention is without merit. Fisher, J.P., Florio, Belen and Hall, JJ., concur.